AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
для the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1320 BEACONFIELD DRIVE, ROCK HILL, SC 29730

Case No. 0:18-557

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

1320 BEACONFIELD DRIVE, ROCK HILL, SC 29730 (see Attachment A)

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841, 846, 856 | Conspiracy to possess with intent to distribute and to distribute controlled substances; Maintaining a place for manufacture, distribution, or use of controlled substances |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Charles Elks, Special Agent  DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/08/2018

*Judge's signature*

City and state: Columbia, SC

Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*