UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 0:18-cr-00557-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| DARRYL HEMPHILL, | ) | |
| a/k/a "D" | ) | |
| a/k/a "D-Hemp" | ) | |
| MIKIE MARCELL CALDWELL, | ) | |
| a/k/a "Big Mike" | ) | |
| GABRIEL L'AMBIANCE INGRAM | ) | |
| a/k/a "Big Shot" | ) | |
| a/k/a "Big Shot Rock" | ) | |
| a/k/a "Rock" | ) | |
| ARCHIE ARSENIO CALDWELL, | ) | |
| a/k/a "Nuk" | ) | |
| a/k/a "Nuk Crook" | ) | |
| DONTAVIS DEVAR JORDAN, | ) | |
| a/k/a "Rock" | ) | |
| DARRELL LAROD CROCKETT, | ) | |
| a/k/a "Unc" | ) | |
| a/k/a "Croc" | ) | |
| PATRICIA ANN HEMPHILL, | ) | |
| DRECE LAROD MCMULLEN, | ) | |
| a/k/a "Cup" | ) | |
| CARL MICHAEL MANN, II, | ) | |
| a/k/a "Pike" | ) | |
| HERBERT REGINALD DEMARIO DEWESE, | ) | |
| a/k/a "50" | ) | |
| a/k/a "Big 50" | ) | |
| CRAVELYN SQUILLA DAVIS, | ) | |
| a/k/a "Sack" | ) | |
| a/k/a "Sack Gabanna" | ) | |
| ODARRIUS BREONTE ADAMS, | ) | |
| a/k/a "Breezy" | ) | |
| SEQVOYA ANGINETTE NEELY, | ) | |
| a/k/a "Sequoya Anginette Neely | ) | |
| RONDAL ROLLIN | ) | |
| | ) | |

**GOVERNMENT'S BILL OF PARTICULARS FOR**
**FORFEITURE OF PROPERTY**

The United States provides the following Bill of Particulars regarding property alleged in the Indictment ("Indictment") filed June 5, 2018, as being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the Defendants for felony violations of Title 18 and Title 21, United States Code, as charged in the Indictment, the United States intends to seek the forfeiture of the Defendants' right, title and interest in and to any property, real and personal, constituting or derived from any proceeds the Defendants obtained, directly or indirectly,  and/or used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 18 and Title 21, United States Code, and all property traceable to such property pursuant to Title 18, United States Code, Section 982;  Title 21, United States Code, Sections 853 and 881; and Title 28, United States Code, Section 2461(c), or equivalent substitute property pursuant to 21 U.S.C. § 853(p). Such property includes, but is not limited to the following:

1.    Vehicles:

   (a)    2015 Dodge Challenger 2D SXT V6
          Vehicle ID No.:  2C3CDZAG8FH719782
          Registered to:  O'Darrius Breonte Adams
          Asset ID: 18-FBI-003579

   (b)    2011 Chevrolet Camero
          Vehicle ID No.: 2G1FB3DD2B9179842
          Seized from: Drece McMullen
          Asset ID: 18-FBI-004263

   (c)    2015 Mercedes Benz G63 SUV
          Vehicle ID No.: WDCYC7DF5FX238034
          Seized from: O'Darrius Breonte Adams
          Asset ID: 18-FBI-004264

(d)    2017 Honda Accord LX
Vehicle ID No.: 1HGCR2F34HA159031
Seized from: Darryl Hemphill
Asset ID: 18-FBI-003590

Respectfully submitted,

SHERRI A. LYDON
UNITED STATES ATTORNEY

By: s/Carrie Fisher Sherard
Carrie Fisher Sherard (Fed I.D. #10134)
Assistant United States Attorney
United States Attorney's Office
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Telephone: (864)-282-2100

Greenville, South Carolina
July 5, 2018